UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. ROWE, et al.,<br><br>    Defendants. | Case No. 16-cv-01277-YGR (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION** |

    Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 14, 2016, the Court issued an Order of Dismissal with Leave to Amend. Dkt. 4. Specifically, the Court granted Plaintiff twenty-eight days from the date of the Order to amend his complaint to give him an opportunity to prove that he exhausted all of his claims against each Defendant. Plaintiff was warned that the failure to timely file an amended complaint would result in the dismissal of this action for failure to prosecute.

    On November 30, 2016, the Court noted that the time for Plaintiff to file his amended complaint had passed, and no amended complaint had been filed. Dkt. 5. Therefore, the Court dismissed the instant action without prejudice under Federal Rule of Civil Procedure 41(b).

    Before the Court is Plaintiff's request to "correct the record" to reflect that prison officials had failed to file his "Motion to Alter Judgment," which he had requested to be mailed to the Court on December 8, 2016. Dkt. 8 at 1. The Court construes such a request as a motion for an extension of time to file a motion for reconsideration of the Court's November 30, 2016 Order.

    Plaintiff's motion is GRANTED. Plaintiff shall file a motion for reconsideration no later than **twenty-eight (28) days** from the filing date of this Order.

    This Order terminates Docket No. 8.

    IT IS SO ORDERED.

Dated: December 6, 2017

                                                            YVONNE GONZALEZ ROGERS
                                                            United States District Judge